# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOHN KIRIAKOU | ) | Case No. 20-10934-KHK |
| | ) | |
| Debtor. | ) | Chapter 7 |

## DEBTOR'S MOTION TO VOLUNTARILY DISMISS CASE

John Kiriakou, the debtor in the above captioned case (the "Debtor"), respectfully requests that this case be dismissed by the Court pursuant to 11 U.S.C. Sec. 707(b)(1). The grounds for this Motion are respectfully stated as follows:

## FACTUAL BACKGROUND

1. On March 27, 2020, Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code with this Court.

2. The Clerk a Notice of Statement of Presumption of Abuse under 11 U.S.C. Section 707(b)(2) on May 16, 2020 and again on July 12, 2020 .

3. The United States Trustee filed a Statement of Presumption of Abuse on July 16, 2020.

4. On July 15, 2020, the Court entered an Order denying the Debtor's motion to convert the case to Chapter 13.

5. The Chapter 7 Trustee filed a Report of No Distribution on April 24, 2020 and since then has not indicated any intent to administer assets for the bankruptcy estate.

6. The Debtor seeks this dismissal in good faith and it will not result in any prejudicial effect on his creditors.

WHEREFORE, the Debtor respectfully requests that this Court dismiss the Chapter 7 case and any other relief the Court deems just and proper.

>JOHN KIRIAKOU
>By Counsel
>
>/s/ Ashvin Pandurangi
>Ashvin Pandurangi, Esq., VSB# 86966
>AP Law Group, PLC
>211 Park Ave.
>Falls Church, VA 22046
>Tel: (571) 969-6540
>Fax: (571) 699-0518
>ap@aplawg.com
>*Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of July, 2020, a true copy of the foregoing was served electronically pursuant to this Court's CM/ECF procedures on all parties entitled to receive such notice in the above-captioned case, and by first class mail, postage prepaid to the attached list of creditors.

>_____ /s/Ashvin Pandurangi_____
>Ashvin Pandurangi, Esq., VSB# 86966

Bank of America
4909 Savarese Circle
Fl1-908-01-50
Tampa, FL 33634


Best Egg
Po Box 42912
Philadelphia, PA 19101


Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Heather Kiriakou
2924 2nd Street N.
Arlington, VA 22201


Law Office of Melissa VanLowe 3050
Chain Bridge Rd.
Suite 200
Fairfax, VA 22030

Andrea Campbell Davison
Bean, Kinney & Korman
2311 Wilson Blvd.
Suite 500
Arlington, VA 22201


LendingClub
Attn: Bankruptcy
595 Market St, Ste 200
San Francisco, CA 94105


PNC Bank
Attn: Bankruptcy
Po Box 94982: Mailstop Br-Yb58-01-5
Cleveland, OH 44101


Pnc Bank
Atn: Bankruptcy Department
Po Box 94982: Ms: Br-Yb58-01-5
Cleveland, OH 44101


Sofi Lending Corp
Attn: Bankruptcy
375 Healdsburg Avenue Suite 280
Healdsburg, CA 95448

```
Synchrony Bank/Old Navy
Attn:  Bankruptcy Dept
Po Box 965060
Orlando, FL 32896


Upgrade, Inc.
275 Battery Street
23rd Floor
San Francisco, CA 94111
```