**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

**In re:**

**JOHN KIRIAKOU,**                                        **Case No. 20-10934-KHK**

        **Debtor.**                                        **Chapter 7**

**ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO EXTEND TIME**
**TO FILE A COMPLAINT OBJECTING TO DISCHARGE OF THE DEBTOR**

This matter came before the court on the motion of the Acting United States Trustee for

Region 4 for an order extending the time to file a complaint objecting to the discharge of the

debtor, John Kiriakou, pursuant to 11 U.S.C. § 727.

It appearing to the court that the requested relief should be granted.

**IT IS HEREBY ORDERD** that:

1.      The United States Trustee's motion to extend time to file a complaint objecting to

the discharge of the Debtor is hereby **GRANTED**; and the time within which the United States

Trustee must file a complaint pursuant to 11 U.S.C. § 727(a) is extended to a date that is 120

days after entry of this Order.

The clerk shall serve by first class mail a copy of this order, or give electronic notice of

the entry of this order on the docket, to the parties listed below.

Date: _____                    _____
                                          Klinette H. Kindred
                                          U. S. Bankruptcy Judge


                    Entered on Docket: _____

I ASK FOR THIS:

JOHN P. FITZGERALD, III
ACTING U. S. TRUSTEE FOR REGION 4


By: */s/ Kristen S. Eustis*
Kristen S. Eustis
VA Bar No. 89729
Trial Attorney
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7227
Kristen.S.Eustis@usdoj.gov


Copies To:

John Kiriakou
1904 N. Daniel St.
Arlington, VA 22201
*Debtor*

Ashvin Pandurangi
Vivona Pandurangi, PLC
211 Park Ave.
Falls Church, VA 22046
Email: notices@vpbklaw.com
*Counsel for Debtor*

Donald F. King
1775 Wiehle Avenue, Suite 400
Reston, VA 20190
Email: Kingtrustee@ofplaw.com
*Chapter 7 Trustee*

Bradley D. Jones
Odin, Feldman & Pittleman, P.C.
1775 Wiehle Avenue, Suite 400
Reston, VA 20190
Email: Brad.Jones@ofplaw.com
*Counsel to the Chapter 7 Trustee*

Kristen S. Eustis
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
Email: Kristen.S.Eustis@usdoj.gov
*Counsel for Acting U. S. Trustee*