**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| **JOHN KIRIAKOU,** | * | **Case No.  20-10934-KHK** |
| | * | Chapter 7 |
| Debtor. | * | |

**ORDER PURSUANT TO NOTICE OF FILING TRUSTEE'S FINAL REPORT**
**AND ACCOUNT BEFORE DISTRIBUTION, APPLICATIONS FOR COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES**

The Trustee having filed his final report and account before distribution, and an opportunity for hearing having been given to all creditors and other parties in interest, no objections having been filed within the time fixed by the Court, and the Court having duly examined and considered all applications for compensation and reimbursement of expenses; it is therefore

ORDERED that the Final Report and proposed distribution to creditors are hereby approved and the Trustee is directed to make payment in accordance with said proposed distribution; and

FURTHER ORDERED that reasonable compensation for actual and necessary services rendered or reimbursement of actual and necessary expenses incurred are hereby awarded or allowed pursuant to 11 U.S.C. 330(a), 503(b)(2) or 503(b)(4), as follows:[1]

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| Donald F. King, Trustee | $ 10,509.11 | $     20.58 |
| Odin Feldman & Pittleman, P.C. | $ 30,967.50 | $     70.00 |
| Barry Strickland & Company | $  3,197.65 | $     27.45 |

It is further ORDERED that the compensation of the Trustee may be increased to include commissions earned on interest accrued through the date of distribution.

Date:  Mar 10 2024
           Alexandria, VA

/s/ Klinette H Kindred

**KLINETTE H. KINDRED**
**United States Bankruptcy Judge**

Entered on docket:  Mar 11 2024

---

1 The amounts approved herein constitute the final compensation amounts and include the amounts previously awarded by the Court as interim compensation and paid by the Trustee.

Case 20-10934-KHK   Doc 153   Filed 03/11/24   Entered 03/11/24 09:25:03   Desc Main
Document       Page 2 of 2


/s/ Donald F. King
DONALD F. KING, TRUSTEE
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Direct:   703-218-2116
Fax:      703-218-2160
Email:   kingtrustee@ofplaw.com


SEEN AND NO OBJECTION

/s/ Michael T. Freeman
Michael T. Freeman, Esquire
Office of the United States Trustee
115 S. Union Street
Alexandria, VA 22314


PARTIES TO RECEIVE COPIES:

Counsel for Trustee – to be served electronically
Counsel for Debtor – to be served electronically


#5910658v1