**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria DIVISION**

In re:
KIRIAKOU, JOHN                   § Case No. 20-10934-KHK
Debtor(s)                        § Chapter 7
                                 §
                                 §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Donald F. King, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $1,020,316.00 | Assets Exempt: | $474,539.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $79,944.03 | Claims Discharged Without Payment: | $185,532.35 |
| Total Expenses of Administration: | $65,284.50 | | |

3) Total gross receipts of $150,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $4,771.47 (see **Exhibit 2**), yielded net receipts of $145,228.53 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $16,867.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $63,707.83 | $65,282.18 | $65,284.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $354.75 | $354.75 | $354.75 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $248,688.35 | $78,855.55 | $79,589.28 | $79,589.28 |
| **TOTAL DISBURSEMENTS** | $265,555.35 | $142,918.13 | $145,226.21 | $145,228.53 |

4) This case was originally filed under chapter 7 on 03/27/2020. The case was pending for 49 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/16/2024    By: /s/ Donald F. King
                          Trustee, Bar No.: 23125

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Sale/assignment of all the assets of the estate, including pre-petition litigation claims | 1129-000 | $0.00 |
| Debtor's offer to purchase all estate assets | 1229-000 | $150,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$150,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| KIRIAKOU, JOHN | 20-10934JOHN KIRIAKOU  Distribution payment - Dividend paid at 100.00% of $4,771.47; Claim # SURPLUS; Filed: $0.00 | 8200-002 | $4,771.47 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$4,771.47** |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Pnc Bank | 4110-000 | $16,867.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$16,867.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Donald F. King | 2100-000 | NA | $10,509.11 | $10,509.11 | $10,511.43 |
| Trustee, Expenses - Donald F. King | 2200-000 | NA | $20.58 | $20.58 | $20.58 |
| Attorney for Trustee Fees - ODIN, FELDMAN & PITTLEMAN, P.C. | 3110-000 | NA | $30,967.50 | $30,967.50 | $30,967.50 |
| Attorney for Trustee, Expenses - ODIN, FELDMAN & PITTLEMAN, P.C. | 3120-000 | NA | $70.00 | $70.00 | $70.00 |
| Bond Payments - BOND | 2300-000 | NA | $152.26 | $152.26 | $152.26 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $2,479.26 | $2,479.26 | $2,479.26 |
| Bank Service Fees - TriState Capital Bank | 2600-000 | NA | $602.37 | $602.37 | $602.37 |
| Income Taxes - Internal Revenue Service (post-petition) - United States Treasury | 2810-000 | NA | $12,510.00 | $12,510.00 | $12,510.00 |
| Income Taxes - Internal Revenue Service (post-petition) - INTERNAL REVENUE SERVICE | 2810-000 | NA | $26.00 | $26.00 | $26.00 |
| Other State or Local Taxes (post-petition) - DEPARTMENT OF TAXATION | 2820-000 | NA | $4,489.00 | $4,489.00 | $4,489.00 |
| Other State or Local Taxes (post-petition) - VIRGINIA DEPT OF TAXATION | 2820-000 | NA | $231.00 | $231.00 | $231.00 |
| Accountant for Trustee Fees (Other Firm) - Barry Strickland & Company | 3410-000 | NA | $1,648.55 | $3,197.65 | $3,197.65 |
| Accountant for Trustee Expenses (Other Firm) - Barry Strickland & Company | 3420-000 | NA | $2.20 | $27.45 | $27.45 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $63,707.83 | $65,282.18 | $65,284.50 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | HEATHER KIRIAKOU | 5100-000 | NA | $0.00 | $0.00 | $0.00 |
| 2 | HEATHER KIRIAKOU | 5100-000 | NA | $0.00 | $0.00 | $0.00 |
| 3 | HEATHER KIRIAKOU | 5100-000 | NA | $279.50 | $279.50 | $279.50 |
| 4 | HEATHER KIRIAKOU | 5100-000 | NA | $0.00 | $0.00 | $0.00 |
| 5 | HEATHER KIRIAKOU | 5100-000 | NA | $75.25 | $75.25 | $75.25 |
| 6 | HEATHER KIRIAKOU | 5100-000 | NA | $0.00 | $0.00 | $0.00 |
| 13 | HEATHER KIRIAKOU | 5100-000 | NA | $0.00 | $0.00 | $0.00 |
| N/F | Heather Kirakou | 5600-000 | $0.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$354.75** | **$354.75** | **$354.75** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3I | HEATHER KIRIAKOU | 7990-000 | NA | NA | $2.59 | $2.59 |
| 5I | HEATHER KIRIAKOU | 7990-000 | NA | NA | $0.70 | $0.70 |
| 7 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | $23,249.00 | $23,249.64 | $23,249.64 | $23,249.64 |
| 7I | CAPITAL ONE BANK (USA), N.A. | 7990-000 | NA | NA | $215.36 | $215.36 |
| 8 | RESURGENT CAPITAL SERVICES | 7100-000 | $13,181.00 | $13,249.57 | $13,249.57 | $13,249.57 |
| 8I | RESURGENT CAPITAL SERVICES | 7990-000 | NA | NA | $122.73 | $122.73 |
| 9 | CITIBANK, N.A. | 7100-000 | NA | $15,592.00 | $15,592.00 | $15,592.00 |
| 9I | CITIBANK, N.A. | 7990-000 | NA | NA | $144.43 | $144.43 |
| 10 | PNC BANK, NA | 7100-000 | $20,214.00 | $20,214.03 | $20,214.03 | $20,214.03 |
| 10I | PNC BANK, NA | 7990-000 | NA | NA | $187.24 | $187.24 |
| 11 | UPGRADE, INC | 7100-000 | $4,012.00 | $4,050.31 | $4,050.31 | $4,050.31 |
| 11I | UPGRADE, INC | 7990-000 | NA | NA | $37.52 | $37.52 |
| 12 | RESURGENT RECEIVABLES, LLC | 7100-000 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 |
| 12I | RESURGENT RECEIVABLES, LLC | 7990-000 | NA | NA | $23.16 | $23.16 |
| N/F | Bank of America | 7100-000 | $23,408.00 | NA | NA | NA |
| N/F | Heather Kirakou | 7100-000 | $130,425.35 | NA | NA | NA |
| N/F | Heather Kiriakou | 7100-000 | $6,525.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | LendingClub | 7100-000 | $8,107.00 | NA | NA | NA |
| N/F | Sofi Lending Corp | 7100-000 | $17,067.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$248,688.35** | **$78,855.55** | **$79,589.28** | **$79,589.28** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 20-10934-KHK | Trustee Name: | (660500) Donald F. King |
| Case Name: | JOHN KIRIAKOU | Date Filed (f) or Converted (c): | 03/27/2020 (f) |
| | | § 341(a) Meeting Date: | 04/23/2020 |
| For Period Ending: | 04/16/2024 | Claims Bar Date: | 01/11/2021 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2014 MERCEDES BENZ C300, 34,061 MILES | 16,900.00 | 0.00 | | 0.00 | FA |
| 2 | BEDS, COUCHES, TABLES, DRESSERS. | 3,000.00 | 0.00 | | 0.00 | FA |
| 3 | TV, CELL PHONE. | 200.00 | 0.00 | | 0.00 | FA |
| 4 | CLOTHING. | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | CHECKING: PNC BANK-4128 | 0.00 | 0.00 | | 0.00 | FA |
| 6 | CHECKING: PNC BANK-4101 | 400.00 | 0.00 | | 0.00 | FA |
| 7 | CHECKING: PNC BANK - 4099 | 1,200.00 | 0.00 | | 0.00 | FA |
| 8 | IRA: FIDELITY | 159,936.00 | 0.00 | | 0.00 | FA |
| 9 | IRA: T. ROWE PRICE | 302,670.00 | 0.00 | | 0.00 | FA |
| 10 | 2016 VESPA LXV, 2,230 MILES (u)<br>Entire property value: $2,000.00 | 2,000.00 | 0.00 | | 0.00 | FA |
| 11 | ANDY WARHOL LITHOGRAPH PAINTING (u) | 5,000.00 | 900.00 | | 0.00 | FA |
| 12 | CLAIM AGAINST HEATHER KIRAKOU FOR ATTORNEY FEES INCURRED DURING CUSTODY AND PROTECTIVE ORDER PROCEEDINGS. (u) | Unknown | 0.00 | | 0.00 | FA |
| 13 | FERNANDO BOTERO LITHOGRAPH PAINTING (u) | 1,600.00 | 1,600.00 | | 0.00 | FA |
| 14 | STRIP OF WALLPAPER FROM ABRAHAM LINCOLN'S DEATH ROOM (u) | 1,600.00 | 1,600.00 | | 0.00 | FA |
| 15 | ANDY WARHOL LITHOGRAPH PAINTING | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 16 | ANDY WARHOLLITHOGRAPH PAINTING | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 17 | JOHN KIRIAKOU V. BAMFORD ET AL. 1:20-CV-00662 (EDVA) CLAIMS AGAINST HEATHER KIRIAKOU FOR VIOLATION OF CONSTITUTIONAL RIGHTS UNDER 42 USC 1983; DAMAGES AS PROVEN AT TRIAL. (u) | Unknown | 0.00 | | 0.00 | FA |
| 18 | JOHN KIRIAKOU V. BAMFORD ET AL. 1:20-CV-00662 (EDVA) CLAIMS AGAINST HEATHER KIRIAKOU FOR MALICIOUS PROSECUTION, DEFAMATION AND INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS. DAMAGES TO BE PROVEN AT TRIAL. (u) | Unknown | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

| Case No.: | 20-10934-KHK | Trustee Name: | (660500) Donald F. King |
|---|---|---|---|
| Case Name: | JOHN KIRIAKOU | Date Filed (f) or Converted (c): | 03/27/2020 (f) |
| | | § 341(a) Meeting Date: | 04/23/2020 |
| For Period Ending: | 04/16/2024 | Claims Bar Date: | 01/11/2021 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 19 | JOHN KIRIAKOU V. BAMFORD ET AL. 1:20-CV-00662 (EDVA) CLAIMS AGAINST JOHN BAMFORD FOR VIOLATION OF CONSTITUTIONAL RIGHTS UNDER 42 USC 1983 AND ; DAMAGES AS PROVEN AT TRIAL. (u) | Unknown | 0.00 | | 0.00 | FA |
| 20 | JOHN KIRIAKOU V. BAMFORD ET AL. 1:20-CV-00662 (EDVA) CLAIMS AGAINST NORTHROP GRUMMAN FOR VIOLATION OF CONSTITUTIONAL RIGHTS UNDER 42 USC 1983; DAMAGES AS PROVEN AT TRIAL. (u) | Unknown | 0.00 | | 0.00 | FA |
| 21 | JOHN KIRIAKOU V. BAMFORD ET AL. 1:20-CV-00662 (EDVA) CLAIMS AGAINST JOHN BAMFORD FOR MALICIOUS PROSECUTION. DAMAGES TO BE PROVEN AT TRIAL. (u) | Unknown | 0.00 | | 0.00 | FA |
| 22 | JOHN KIRIAKOU V. BAMFORD ET AL. 1:20-CV-00662 (EDVA) CLAIMS AGAINST NORTHROP GRUMMAN FOR MALICIOUS PROSECUTION AND DEFAMATION. DAMAGES TO BE PROVEN AT TRIAL. (u) | Unknown | 0.00 | | 0.00 | FA |
| 23 | FUNDS HELD IN ATTORNEY TRUST ACCOUNT (NORMAN A. THOMAS, PLLC) (u) | 21,000.00 | 21,000.00 | | 0.00 | FA |
| 24 | POSTCARD COLLECTION (u) | 10.00 | 10.00 | | 0.00 | FA |
| 25 | BERNARD VILLEMON LITHOGRAPH (ORANGINA POSTER) (u) | 200.00 | 200.00 | | 0.00 | FA |
| 26 | EDWARD CURTIS PRINT (u) | 100.00 | 100.00 | | 0.00 | FA |
| 27 | GRANDFATHER'S COIN COLLECTION (u) | 500.00 | 500.00 | | 0.00 | FA |
| 28 | AIG: ESTATE OF JOHN KIRIAKOU (u) | 500,000.00 | 500,000.00 | | 0.00 | FA |
| 29 | Debtor's offer to purchase all estate assets (u)<br>This asset includes the proceeds from the debtor's purchase of all estate assets, including causes of action. The purchase price was determined by the Trustee by reference to the amount of claims to be paid, including administrative claims, rather than by asset value, and there is no separate allocation (linkage) of the purchase price to the scheduled assets because the values were unknown. | 0.00 | 0.00 | | 150,000.00 | FA |
| 29 | **Assets Totals (Excluding unknown values)** | **$1,020,316.00** | **$528,910.00** | | **$150,000.00** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 3

**Case No.:** 20-10934-KHK  
**Case Name:** JOHN KIRIAKOU  

**Trustee Name:** (660500) Donald F. King  
**Date Filed (f) or Converted (c):** 03/27/2020 (f)  
**§ 341(a) Meeting Date:** 04/23/2020  

**For Period Ending:** 04/16/2024  
**Claims Bar Date:** 01/11/2021  

**Major Activities Affecting Case Closing:**

3/12/2024 Distribution checks disbursed.

**Initial Projected Date Of Final Report (TFR):** 12/31/2021   **Current Projected Date Of Final Report (TFR):** 11/07/2023 (Actual)

04/16/2024  
Date

/s/Donald F. King  
Donald F. King

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 20-10934-KHK | Trustee Name: | Donald F. King (660500) |
|---|---|---|---|
| Case Name: | JOHN KIRIAKOU | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***6642 | Account #: | ******4597 Checking |
| For Period Ending: | 04/16/2024 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/25/20 | | Lausanne Asset Management & Trust S A | Sale/assignment of all the assets of the estate, including pre-petition litigation claims | 1129-000 | 250,000.00 | | 250,000.00 |
| 12/08/20 | | Lausanne Asset Management & Trust S A | Sale/assignment of all the assets of the estate, including pre-petition litigation claims | 1129-000 | -250,000.00 | | 0.00 |
| 01/22/21 | {29} | JOHN KIRIAKOU | Buy back of all estate property | 1229-000 | 125,000.00 | | 125,000.00 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 26.71 | 124,973.29 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 186.94 | 124,786.35 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 219.99 | 124,566.36 |
| 04/26/21 | 101 | INSURANCE PARTNERS AGENCY, INC. | BOND PAYMENT | 2300-000 | | 100.66 | 124,465.70 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 199.64 | 124,266.06 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 185.90 | 124,080.16 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 218.75 | 123,861.41 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 198.51 | 123,662.90 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 211.41 | 123,451.49 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 197.85 | 123,253.64 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 190.95 | 123,062.69 |
| 11/24/21 | 102 | Donald F. King | Interim Distribution to Trustee | 2100-000 | | 9,500.00 | 113,562.69 |
| 11/24/21 | 103 | ODIN, FELDMAN & PITTLEMAN, P.C. | Interim Distribution to Counsel to Trustee | 3110-000 | | 23,541.50 | 90,021.19 |
| 11/24/21 | 104 | ODIN, FELDMAN & PITTLEMAN, P.C. | Interim Distribution of Counsel expenses | 3120-000 | | 70.00 | 89,951.19 |
| 11/24/21 | 105 | Barry Strickland & Company | Interim Distribution of fees to Accountant to Trustee | 3410-000 | | 1,648.55 | 88,302.64 |
| 11/24/21 | 106 | Barry Strickland & Company | Interim Distribution of expenses to Accountant to Trustee | 3420-000 | | 2.20 | 88,300.44 |
| 11/24/21 | 107 | HEATHER KIRIAKOU | interim Distribution to Creditors | 5100-000 | | 48.11 | 88,252.33 |
| 11/24/21 | 108 | HEATHER KIRIAKOU | Interim Distribution to Creditors | 5100-000 | | 178.68 | 88,073.65 |
| 11/24/21 | 109 | CAPITAL ONE BANK (USA), N.A. | Interim Distribution to Creditors | 7100-000 | | 14,863.08 | 73,210.57 |
| 11/24/21 | 110 | RESURGENT CAPITAL SERVICES AS SERVICING AGENT FOR | Interim Distributions to Creditor Voided on 11/24/2021 | 7100-004 | | 8,470.22 | 64,740.35 |
| 11/24/21 | 110 | RESURGENT CAPITAL SERVICES AS SERVICING AGENT FOR | Interim Distributions to Creditor Voided: check issued on 11/24/2021 | 7100-004 | | -8,470.22 | 73,210.57 |
| 11/24/21 | 111 | CITIBANK, N.A. | Interim Distribution to Creditors | 7100-000 | | 9,967.69 | 63,242.88 |
| 11/24/21 | 112 | PNC BANK | Interim Distributions to Creditors | 7100-000 | | 12,922.47 | 50,320.41 |
| 11/24/21 | 113 | UPGRADE, INC | Interim Distribution to Creditors | 7100-000 | | 2,589.29 | 47,731.12 |
| 11/24/21 | 114 | RESURGENT CAPITAL SERVICES | Interim Distributions to Creditor | 7100-000 | | 8,470.22 | 39,260.90 |

Page Subtotals:   $125,000.00   $85,739.10

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 2

| Case No.: | 20-10934-KHK | Trustee Name: | Donald F. King (660500) |
|---|---|---|---|
| Case Name: | JOHN KIRIAKOU | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***6642 | Account #: | ******4597 Checking |
| For Period Ending: | 04/16/2024 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/26/21 | 115 | RESURGENT RECEIVABLES, LLC | Interim distribution to creditors Voided on 01/27/2022 | 7100-004 | | 1,598.21 | 37,662.69 |
| 11/26/21 | 116 | RESURGENT CAPITAL SERVICES AS SERVICING AGENT FOR | Interim Distribution to Creditors | 7100-000 | | 1,598.21 | 36,064.48 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 210.38 | 35,854.10 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 106.74 | 35,747.36 |
| 01/27/22 | 115 | RESURGENT RECEIVABLES, LLC | Interim distribution to creditors Voided: check issued on 11/26/2021 | 7100-004 | | -1,598.21 | 37,345.57 |
| 01/28/22 | 117 | United States Treasury | EIN 85-6576642, Form 1041 FYE12/31/21 | 2810-000 | | 12,510.00 | 24,835.57 |
| 01/28/22 | 118 | DEPARTMENT OF TAXATION | EIN 85-6576642 Form 770 FYE 12/31/21 | 2820-000 | | 4,489.00 | 20,346.57 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 57.85 | 20,288.72 |
| 02/28/22 | 119 | INSURANCE PARTNERS AGENCY, INC. | Bond#3792882 1/1/21 - 12/31/21 Voided on 02/28/2022 | 2300-004 | | 19.97 | 20,268.75 |
| 02/28/22 | 119 | INSURANCE PARTNERS AGENCY, INC. | Bond#3792882 1/1/21 - 12/31/21 Voided: check issued on 02/28/2022 | 2300-004 | | -19.97 | 20,288.72 |
| 02/28/22 | 120 | INSURANCE PARTNERS AGENCY, INC. | Bond#3792882 - 1/1/21 - 12/31/21 | 2300-000 | | 19.97 | 20,268.75 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 35.32 | 20,233.43 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 35.68 | 20,197.75 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 31.29 | 20,166.46 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 31.24 | 20,135.22 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 35.50 | 20,099.72 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 31.14 | 20,068.58 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 35.37 | 20,033.21 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 32.10 | 20,001.11 |
| 10/19/22 | | Transfer Debit to TriState Capital Bank acct XXXXXX0395 | Transition Debit to TriState Capital Bank acct XXXXXX0395 | 9999-000 | | 20,001.11 | 0.00 |
| | | COLUMN TOTALS | | | 125,000.00 | 125,000.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 20,001.11 | |
| | | Subtotal | | | 125,000.00 | 104,998.89 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $125,000.00 | $104,998.89 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| Case No.: | 20-10934-KHK | Trustee Name: | Donald F. King (660500) |
|---|---|---|---|
| Case Name: | JOHN KIRIAKOU | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***6642 | Account #: | ******0395 Checking Account |
| For Period Ending: | 04/16/2024 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/19/22 | | Transfer Credit from | Transition Credit from | 9999-000 | 20,001.11 | | 20,001.11 |
| 10/31/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 30.98 | 19,970.13 |
| 11/30/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 34.14 | 19,935.99 |
| 12/30/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 31.95 | 19,904.04 |
| 01/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 34.02 | 19,870.02 |
| 02/28/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 29.72 | 19,840.30 |
| 03/02/23 | 1000 | INSURANCE PARTNERS AGENCY, LLC | Bond Disbursement | 2300-000 | | 31.63 | 19,808.67 |
| 03/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 32.81 | 19,775.86 |
| 04/28/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 29.58 | 19,746.28 |
| 05/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 34.81 | 19,711.47 |
| 06/14/23 | {29} | DONALD F. KING | Final Payment - Dkt#146 Order Requiring Debtor to provide remaining sales proceeds or bar further prosecution of the federal litigation claims. | 1229-000 | 25,000.00 | | 44,711.47 |
| 06/30/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 51.62 | 44,659.85 |
| 07/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 69.19 | 44,590.66 |
| 08/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 78.62 | 44,512.04 |
| 09/29/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 68.96 | 44,443.08 |
| 10/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 75.97 | 44,367.11 |
| 12/06/23 | 1001 | DEPARTMENT OF THE TREASURY | E.I.N 85-6576642, Form 1041 for the year ended 10/31/2023 | 2810-000 | | 26.00 | 44,341.11 |
| 12/06/23 | 1002 | Virginia Department Of Taxation | E.I.N. 85-6576642, Form 770 for the year ended 10/31/23 | 2820-000 | | 231.00 | 44,110.11 |
| 03/12/24 | 1003 | Barry Strickland & Company | 20-10934JOHN KIRIAKOU Distribution payment - Dividend paid at 91.99% of $27.45; Claim # ACCEXP; Filed: $2.20 | 3420-000 | | 25.25 | 44,084.86 |
| 03/12/24 | 1004 | Barry Strickland & Company | 20-10934JOHN KIRIAKOU Distribution payment - Dividend paid at 48.45% of $3,197.65; Claim # ACCFEE; Filed: $1,648.55 | 3410-000 | | 1,549.10 | 42,535.76 |
| 03/12/24 | 1005 | ODIN, FELDMAN & PITTLEMAN, P.C. | 20-10934JOHN KIRIAKOU Distribution payment - Dividend paid at 23.98% of $30,967.50; Claim # ATTYFEE; Filed: $30,967.50 | 3110-000 | | 7,426.00 | 35,109.76 |
| 03/12/24 | 1006 | Donald F. King | 20-10934JOHN KIRIAKOU Distribution payment - Dividend paid at 100.00% of $20.58; Claim # TE; Filed: $20.58 | 2200-000 | | 20.58 | 35,089.18 |

Page Subtotals:    $45,001.11    $9,911.93

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 4

| Case No.: | 20-10934-KHK | Trustee Name: | Donald F. King (660500) |
|---|---|---|---|
| Case Name: | JOHN KIRIAKOU | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***6642 | Account #: | ******0395 Checking Account |
| For Period Ending: | 04/16/2024 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/12/24 | 1007 | Donald F. King | 20-10934JOHN KIRIAKOU Distribution payment - Dividend paid at 9.62% of $10,509.11; Claim # TTFEE; Filed: $10,511.43 | 2100-000 | | 1,011.43 | 34,077.75 |
| 03/12/24 | 1008 | HEATHER KIRIAKOU | Combined dividend payments for Claim #3, 3I | | | 103.41 | 33,974.34 |
| | | HEATHER KIRIAKOU | Amended Claims Distribution - 03-06-2024 $100.82 | 5100-000 | | | |
| | | HEATHER KIRIAKOU | Amended Claims Distribution - 03-06-2024 $2.59 | 7990-000 | | | |
| 03/12/24 | 1009 | HEATHER KIRIAKOU | Combined dividend payments for Claim #5, 5I | | | 27.84 | 33,946.50 |
| | | HEATHER KIRIAKOU | Amended Claims Distribution - 03-06-2024 $27.14 | 5100-000 | | | |
| | | HEATHER KIRIAKOU | Amended Claims Distribution - 03-06-2024 $0.70 | 7990-000 | | | |
| 03/12/24 | 1010 | CAPITAL ONE BANK (USA), N.A. | Combined dividend payments for Claim #7, 7I | | | 8,601.92 | 25,344.58 |
| | | CAPITAL ONE BANK (USA), N.A. | Amended Claims Distribution - 03-06-2024 $8,386.56 | 7100-000 | | | |
| | | CAPITAL ONE BANK (USA), N.A. | Amended Claims Distribution - 03-06-2024 $215.36 | 7990-000 | | | |
| 03/12/24 | 1011 | RESURGENT CAPITAL SERVICES | Combined dividend payments for Claim #8, 8I | | | 4,902.08 | 20,442.50 |
| | | RESURGENT CAPITAL SERVICES | Amended Claims Distribution - 03-06-2024 $4,779.35 | 7100-000 | | | |
| | | RESURGENT CAPITAL SERVICES | Amended Claims Distribution - 03-06-2024 $122.73 | 7990-000 | | | |
| 03/12/24 | 1012 | CITIBANK, N.A. | Combined dividend payments for Claim #9, 9I | | | 5,768.74 | 14,673.76 |
| | | CITIBANK, N.A. | Amended Claims Distribution - 03-06-2024 $5,624.31 | 7100-000 | | | |
| | | CITIBANK, N.A. | Amended Claims Distribution - 03-06-2024 $144.43 | 7990-000 | | | |
| 03/12/24 | 1013 | PNC BANK, NA | Combined dividend payments for Claim #10, 10I | | | 7,478.80 | 7,194.96 |
| | | PNC BANK, NA | Amended Claims Distribution - 03-06-2024 $7,291.56 | 7100-000 | | | |

Page Subtotals: $0.00  $27,894.22

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 5

| Case No.: | 20-10934-KHK | Trustee Name: | Donald F. King (660500) |
|---|---|---|---|
| Case Name: | JOHN KIRIAKOU | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***6642 | Account #: | ******0395 Checking Account |
| For Period Ending: | 04/16/2024 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | PNC BANK, NA | Amended Claims Distribution - 03-06-2024 $187.24 | 7990-000 | | | |
| 03/12/24 | 1014 | UPGRADE, INC | Combined dividend payments for Claim #11, 11I | | | 1,498.54 | 5,696.42 |
| | | UPGRADE, INC | Amended Claims Distribution - 03-06-2024 $1,461.02 | 7100-000 | | | |
| | | UPGRADE, INC | Amended Claims Distribution - 03-06-2024 $37.52 | 7990-000 | | | |
| 03/12/24 | 1015 | RESURGENT RECEIVABLES, LLC | Combined dividend payments for Claim #12, 12I | | | 924.95 | 4,771.47 |
| | | RESURGENT RECEIVABLES, LLC | Amended Claims Distribution - 03-06-2024 $901.79 | 7100-000 | | | |
| | | RESURGENT RECEIVABLES, LLC | Amended Claims Distribution - 03-06-2024 $23.16 | 7990-000 | | | |
| 03/12/24 | 1016 | KIRIAKOU, JOHN | 20-10934JOHN KIRIAKOU Distribution payment - Dividend paid at 100.00% of $4,771.47; Claim # SURPLUS; Filed: $0.00 | 8200-002 | | 4,771.47 | 0.00 |

|  | COLUMN TOTALS | 45,001.11 | 45,001.11 | $0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers/CDs | 20,001.11 | 0.00 | |
| | Subtotal | 25,000.00 | 45,001.11 | |
| | Less: Payments to Debtors | | 4,771.47 | |
| | NET Receipts / Disbursements | $25,000.00 | $40,229.64 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 6

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 20-10934-KHK | **Trustee Name:** | Donald F. King (660500) |
| **Case Name:** | JOHN KIRIAKOU | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***6642 | **Account #:** | ******0395 Checking Account |
| **For Period Ending:** 04/16/2024 | | **Blanket Bond (per case limit):** | $3,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $150,000.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $4,771.47 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $145,228.53 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******4597 Checking | $125,000.00 | $104,998.89 | $0.00 |
| ******0395 Checking Account | $25,000.00 | $40,229.64 | $0.00 |
| | $150,000.00 | $145,228.53 | $0.00 |

04/16/2024
Date

/s/Donald F. King
Donald F. King

UST Form 101-7-TDR (10 /1/2010)