IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **In re:** | **Case No. 20-10934-KHK** |
| | **Chapter 7** |
| **JOHN KIRIAKOU,** | |
| Debtor. | |

**CONSENT ORDER APPROVING WAIVER OF DISCHARGE**

Before the Court is the motion of the Acting United States Trustee and the Debtor John Kiriakou to approve the waiver of discharge executed by John Kiriakou, attached as Exhibit A to the Motion.

It appearing to the Court that:

1. On March 27, 2020, John Kiriakou filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code.

2. Mr. Kiriakou has executed a waiver of discharge. *See attached Exhibit A.*

3. The waiver of discharge was executed after the commencement of this chapter 7 case and before entry of a discharge

4. The debtor is represented by Ashvin Pandurangi in the bankruptcy case.

WHEREFORE, it is hereby

ORDERED that the waiver of discharge executed by Debtor John Kiriakou is hereby accepted and approved; and it is further

ORDERED that the Clerk shall promptly notify all parties in interest, in the manner provided by Federal Rule of Bankruptcy Procedure 2002, that the Court shall not enter a discharge of the Debtor in this case; and it is further

ORDERED that the Clerk shall serve a copy of this order on the parties listed below.

Date: Nov 19 2020

/s/ Klinette H Kindred
Klinette H. Kindred
U. S. Bankruptcy Judge

Entered on Docket: November 20, 2020

We ask for this:

JOHN P. FITZGERALD, III　　　　　　　　　JOHN KIRIAKOU
ACTING U.S. TRUSTEE, REGION 4

By: */s/ Kristen S. Eustis*　　　　　　　　　　By: */s/ Ashvin Pandurangi*
　　Kristen S. Eustis (VA Bar No. 89729)　　　　Ashvin Pandurangi
　　Trial Attorney　　　　　　　　　　　　　　Vivona Pandurangi, PLC
　　Office of United States Trustee　　　　　　　211 Park Ave.
　　1725 Duke Street, Suite 650　　　　　　　　Falls Church, VA 22046
　　Alexandria, VA 22314
　　(703) 557-7227
　　Kristen.S.Eustis@usdoj.gov

cc:
　　John Kiriakou　　　　　　　　　　　　　　Bradley D. Jones
　　1904 N. Daniel St.　　　　　　　　　　　　Odin, Feldman & Pittleman, P.C.
　　Arlington, VA 22201　　　　　　　　　　　1775 Wiehle Avenue, Suite 400
　　　　　　　　　　　　　　　　　　　　　　Reston, VA 20190
　　　　　　　　　　　　　　　　　　　　　　Brad.Jones@ofplaw.com

　　Andrea Campbell Davison　　　　　　　　　Donald F. King
　　BEAN, KINNEY & KORMAN, P.C.　　　　　1775 Wiehle Avenue, Suite 400
　　2311 Wilson Blvd, Suite 500　　　　　　　　Reston, VA 20190
　　Arlington, Virginia 22201　　　　　　　　　Kingtrustee@ofplaw.com
　　ADavison@beankinney.com

United States Bankruptcy Court
Eastern District of Virginia

In re:     Case No. 20-10934-KHK
John Kiriakou     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9    User: CynthiaBa    Page 1 of 2
Date Rcvd: May 10, 2024    Form ID: pdford9    Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 15316140 | + | Heather Kiriakou, Bean Kinney & Korman,, Andrea C. Davison, 2311 Wilson Blvd, Suite 500, Arlington, VA 22201-5422 |
| 15316145 | + | Reese Law, 3050 Chain Bridge Rd., Suite 510, Fairfax, VA 22030-2834 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15316137 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 10 2024 23:52:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15316138 | + | Email/PDF: MarletteBKNotifications@resurgent.com | May 11 2024 00:02:16 | Best Egg, Po Box 42912, Philadelphia, PA 19101-2912 |
| 15316139 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 11 2024 00:13:31 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15491859 | + | Email/PDF: ebn_ais@aisinfo.com | May 11 2024 00:13:32 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15520009 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 11 2024 00:13:29 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15316142 | + | Email/Text: Documentfiling@lciinc.com | May 10 2024 23:52:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2802 |
| 15316144 | | Email/Text: Bankruptcy.Notices@pnc.com | May 10 2024 23:52:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101-0000 |
| 15316143 | | Email/Text: Bankruptcy.Notices@pnc.com | May 10 2024 23:52:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101-0000 |
| 15494012 | | Email/PDF: resurgentbknotifications@resurgent.com | May 11 2024 00:02:12 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15552031 | | Email/PDF: resurgentbknotifications@resurgent.com | May 11 2024 00:13:31 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15316146 | + | Email/PDF: SoFiBKNotifications@resurgent.com | May 11 2024 00:02:21 | Sofi Lending Corp, Attn: Bankruptcy, 375 Healdsburg Avenue Suite 280, Healdsburg, CA 95448-4151 |
| 15316147 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 11 2024 00:02:21 | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15316148 | + | Email/Text: bknotice@upgrade.com | May 10 2024 23:52:00 | Upgrade, Inc., 275 Battery Street, 23rd Floor, San Francisco, CA 94111-0000 |

Case 20-10934-KHK   Doc 156   Filed 05/12/24   Entered 05/13/24 00:11:30   Desc
Imaged Certificate of Notice   Page 4 of 4

| District/off: 0422-9 | User: CynthiaBa | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 10, 2024 | Form ID: pdford9 | Total Noticed: 16 |

| 15544357 | + Email/Text: documentfiling@lciinc.com | | |
|---|---|---|---|
| | | May 10 2024 23:52:00 | Upgrade, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15316141 | ##+ | Law Office of Melissa VanLowe, 3050 Chain Bridge Rd., Suite 200, Fairfax, VA 22030-2843 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2024        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrea Campbell Davison | on behalf of Plaintiff Heather Kiriakou ADavison@beankinney.com onazar@beankinney.com |
| Andrea Campbell Davison | on behalf of Creditor Heather Kiriakou ADavison@beankinney.com onazar@beankinney.com |
| Ashvin Pandurangi | on behalf of Defendant John Kiriakou notices@vpbklaw.com pandurangiar78675@notify.bestcase.com |
| Ashvin Pandurangi | on behalf of Debtor John Kiriakou notices@vpbklaw.com pandurangiar78675@notify.bestcase.com |
| Bradley D. Jones | on behalf of Trustee Donald F. King Brad.Jones@ofplaw.com Marse.Hammond@ofplaw.com;brad.jones2020@ecf.pacerpro.com |
| Donald F. King | Kingtrustee@ofplaw.com va50@ecfcbis.com |
| Donald F. King | on behalf of Trustee Donald F. King Kingtrustee@ofplaw.com va50@ecfcbis.com |
| Jack Frankel | on behalf of U.S. Trustee John P. Fitzgerald III jack.i.frankel@usdoj.gov, USTPRegion04.ax.ecf@usdoj.gov;paula.f.blades@usdoj.gov |
| John P. Fitzgerald, III | ustpregion04.ax.ecf@usdoj.gov |
| Kristen S. Eustis | on behalf of U.S. Trustee John P. Fitzgerald III Kristen.S.Eustis@usdoj.gov |

TOTAL: 10